UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendants. | Case No. 17-CV-07230 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On December 20, 2017, plaintiff, a California state prisoner, filed documents which the court construed as an attempt to file a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] That same day, the clerk sent plaintiff a notice that he must submit a completed complaint within twenty-eight days to avoid dismissal of the action. The clerk enclosed a blank copy of the court's "complaint by a prisoner" form for plaintiff's use. On January 8, 2018, plaintiff filed a complaint, however, plaintiff only filled out the caption and signed his name at the end. Plaintiff did not file a completed complaint as directed. Plaintiff has not had any further communication with the court. Therefore, this case is **DISMISSED** without prejudice.

The court notes that plaintiff's documents filed on December 20, 2017, appear to be copies of documents that plaintiff has submitted in an administrative grievance at the Substance Abuse

---

[1] On January 19, 2018, this case was reassigned to the undersigned.

Case No. 17-CV-07230 LHK (PR)
ORDER OF DISMISSAL

1

Treatment Facility – California State Prison ("SATF-CSP"), located in Corcoran, California. Plaintiff is advised that if he wishes to file a civil rights complaint alleging some violation that occurred at SATF-CSP committed by prison officials at SATF-CSP, he should file a complaint in the proper venue, which is the United States Court for the Eastern District of California. *See* 28 U.S.C. § 1391(b).

**IT IS SO ORDERED.**

DATED: 2/15/2018

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 17-CV-07230 LHK (PR)
ORDER OF DISMISSAL

2